JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NARGES MILANI,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH T. CUCCINELLI, ACTING DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE,<br><br>Defendant. | No.  SACV 20-216-MCS (ADSx)<br><br>**JUDGMENT**<br><br>Honorable Mark C. Scarsi<br>United States District Judge |

Upon consideration of the Parties' Stipulation for Judgment, this Court's Order denying Plaintiff's Motion for Summary Judgment, and good cause appearing, this Court enters judgment in Defendant Kenneth T. Cuccinelli's favor and against Plaintiff Narges Milani. Each party is ordered to bear its own attorneys' fees and costs.

Dated: November 4, 2020

_____
HONORABLE MARC C. SCARSI
UNITED STATES DISTRICT JUDGE

1